No. 10–5491. VEGA v. NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 10–5492. WILLIAMS v. RADER, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 10–5493. MOORE v. OHIO. Ct. App. Ohio, Lucas County. Certiorari denied.

No. 10–5494. NORTON v. MCNEIL, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 10–5495. NGUYEN, AKA TRAN v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 10–5496. POWELL v. WALSH, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT DALLAS, ET AL. C. A. 3d Cir. Certiorari denied.

No. 10–5497. MURPHY v. CALIFORNIA. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 10–5498. MCADORY v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 10–5499. ESPINOZA-FAJARDO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 10–5500. EREMEYEV v. NEW YORK ET AL. C. A. 2d Cir. Certiorari denied.

No. 10–5501. MCNEIL v. DIGUGLIELMO, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GRATERFORD. C. A. 3d Cir. Certiorari denied.

No. 10–5502. BELTRAN-LASTRA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 10–5503. BEASLEY v. ARIZONA. Ct. App. Ariz. Certiorari denied.

No. 10–5504. ADAMS v. SIMPSON, WARDEN. C. A. 6th Cir. Certiorari denied.